In the Matter of Joseph Loewinger.— Order affirmed.

In the Matter of James J. Hoey v. Paul Borchard.— Order affirmed.

In the Matter of Joseph J. Madden v. William Waldman.— Order reversed and action of board of elections confirmed.

Nathan Bilder, as Trustee, etc., v. Charles E. Ellis. (No. 1.) — Motion denied. with ten dollars costs.

Nathan Bilder, as Trustee, etc., v. Charles E. Ellis. (No. 2.) — Motion denied. with ten dollars costs.

In the Matter of the Farmers' Loan and Trust Company.— Application denied. Memorandum per curiam. Settle order on notice.

Elsie Harrington Fitzgerald, Appellant, v. Cadillac Hotel Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Solon J. Vlasto, Appellant, v. William Flynn, Warden of the City Prison of the City of New York, Respondent.— Order affirmed. No opinion.

In the Matter of the Application of Martin L. Ungrich for the Payment of Certain Moneys under the Trust Created by the Will of Henry Ungrich, Deceased. Martin L. Ungrich, Respondent, v. Henry Ungrich, Jr., and Martin Ungrich, as Executors of and Trustees under the Last Will and Testament of Henry Ungrich, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Julia M. Curtiss, Appellant, for an Order Directing an Allowance for Her Proper Maintenance and Support out of Her Estate in the Custody and Possession of Elmore S. Banks and John C. Shaw, as Committee of Her Property, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Juanna Brinckerhoff v. Sigismund Cohn.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order, and upon failure to comply with such terms, an order dismissing appeal to be entered without further notice.

Harry Schwartz v. Harry Phillips, Impleaded, etc.— Motion to dismiss appeal denied, without costs.

Edward J. Wessels v. Northwestern Mutual Life Insurance Company and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.

Walter N. Lawrence v. Chalmers Dale.— Motion to dismiss appeal granted, with ten dollars costs.

Angelica Cella v. Frank Valente and Others.— Motion to dismiss appeal denied, without costs.

Angelica Cella v. Peter Valente.—Motion to dismiss appeal denied, without costs.

The People of the State of New York v. Samuel Goodman.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

The People of the State of New York v. Harry Silverman, Impleaded, etc.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.